106-7963                              TAC:MTC                              #91348

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Veronica DeLorey,          ) | | |
|           Plaintiff,       ) | | |
|                            ) | | |
| v.                         ) | Cause No.: 07 C 7026 | |
|                            ) | | |
| Transworld Systems, Inc., d/b/a Credit ) | | |
| Management Services,       ) | | |
|           Defendant.       ) | | |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, Transworld Systems, Inc., d/b/a Credit Management Services, by and through its attorneys, BULLARO & CARTON, P.C., and moves this Honorable Court to vacate any and all defaults heretofore entered, technical or otherwise, and for an extension of time up to and including February 4, 2008 to answer or otherwise plead to Plaintiff's Complaint at Law. This counsel represents that he has spoken with plaintiff's counsel and said counsel has no objection to this extension of time.

                                        Respectfully submitted,

                                        **BULLARO & CARTON, P.C.**

                                        By: /s/Thomas A. Carton
                                             Thomas A. Carton

Thomas A. Carton
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 831-1000