# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Veronica DeLorey<br><br>    Plaintiff,<br><br>v.<br><br>Transworld Systems, Inc. d/b/a Credit Management Services<br><br>    Defendant. | CASE NO: 1:07-cv-07026<br><br>JUDGE: James B. Moran<br><br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By:   s/Timothy J. Sostrin
        Timothy J. Sostrin
        Attorney for Plaintiff
        20 West Kinzie; Suite 1300
        Chicago, IL 60611
        Telephone: 1.866.339.1156
        tjs@legalhelpers.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Thomas A. Carton
Bullaro & Carton, P.C.
200 N. LaSalle St.
Chicago, IL 60601

                     s/Timothy J. Sostrin